*Sewall Key* and *J. P. Jackson* for respondent.

No. 880. ROSENBERG ET AL. *v.* UNITED STATES ET AL. May 4, 1936. Petition for writ of certiorari to the Surrogates' Court, of New York, denied. *Messrs. Joseph M. Hartfield, Martin A. Schenck,* and *Orrin G. Judd* for petitioners. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs. Sewall Key* and *Warner W. Gardner* for the United States et al.

No. 881. DUKE POWER CO. ET AL. *v.* SOUTH CAROLINA TAX COMMISSION. May 4, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. J. H. Marion, W. S. O'B. Robinson,* and *H. J. Haynsworth* for petitioners. *Mr. John M. Daniel* for respondent.

No. 884. HOUBIGANT, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. May 4, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Allen G. Gartner* and *Karl Knox Gartner* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs. Sewall Key* and *Arnold Raum* for respondent.

No. 890. METRO-GOLDWYN PICTURES CORP. ET AL. *v.* SHELDON ET AL. May 4, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Thomas D. Thacher* and *Nathan Burkan* for petitioners. *Mr. Arthur F. Driscoll* for respondents.